## SCHLESINGER v. WISE et al.

(Supreme Court, Appellate Division, First Department. July 7, 1905.)

Appeal from Special Term, New York County.

Action by Leo Schlesinger, as receiver, etc., against Leonora Wise, impleaded with another. From an order striking out an answer, defendant named appeals. Reversed.

Argued before O'BRIEN, P. J., and HATCH, McLAUGHLIN, PATTERSON, and INGRAHAM, JJ.

A. H. Parkhurst, for appellant.

George W. Glaze, for respondent.

McLAUGHLIN, J. This appeal is from an order striking out as sham the answer interposed by the appellant. The case was argued with Leo Schlesinger, as Receiver, etc., v. Benjamin S. Wise, impleaded with Leonora Wise, 94 N. Y. Supp. 718. The answer interposed by the appellant put in issue the same allegations of the complaint as did the answer there under consideration, and pleaded the same separate defense and counterclaim. For the reasons stated in the opinion delivered in that case, decided herewith, the order appealed from must be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. All concur.